No. 79–6101.   VASIL v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 79–6106.   PARROTT v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 79–6117.   DASKALAKIS v. EXECUTIVE COMMERCIAL SERVICES, LTD., ET AL.   App. Ct. Ill., 2d Dist.   Certiorari denied.

No. 79–6120.   ZUROSKY ET AL. v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 79–6141.   FORD v. ILLINOIS.   App. Ct. Ill., 4th Dist. Certiorari denied.

No. 79–6145.   LEE v. GARRISON, WARDEN, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 79–6157.   BUCKLE v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 79–6221.   GINTER v. SOUTHERN ET AL.   C. A. 8th Cir. Certiorari denied.

No. 79–6243.   O'BRIEN v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 79–6246.   RODRIGUEZ v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 79–6253.   BROWN v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 79–6269.   DYAS v. ARKANSAS.   Sup. Ct. Ark.   Certiorari denied.

No. 79–6273.   CHAPMAN v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.